**DISMISS; and Opinion Filed July 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00457-CV

**JAIMIE  DANIELS, Appellant**
**V.**
**BROOKFIELD APTS., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01593-E**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown, and Stoddart
Opinion by Justice Brown

By letter dated April 9, 2015, the Court directed appellant to pay the filing fee for the appeal within ten days.  On May 29, 2015, we notified appellant that the Dallas County Clerk had informed us no payment had been made for the clerk's record. We directed appellant to file, within ten days, written verification that she had either paid or made payment arrangements for the clerk's record or she was entitled to proceed without payment for the record. We warned that failure to do so would result in dismissal of the appeal.  Appellant has not responded to either letter, the filing fee has not been paid, and the clerk's record has not been filed.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(a).

/Ada Brown/
ADA BROWN
JUSTICE

150457F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JAIMIE  DANIELS, Appellant

No. 05-15-00457-CV          V.

BROOKFIELD APTS., Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-15-01593-E.
Opinion delivered by Justice Brown, Chief Justice Wright and Justice Stoddart participating.


In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution.  We  **ORDER** that appellee Brookfield Apts. recover its costs of this appeal from appellant Jaimie  Daniels.


Judgment entered this 30th day of July, 2015.